UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WANDA PERNELL-HARRIS,

       Plaintiff,                  Case No. 14-14621

v

                                      Hon. Arthur J. Tarnow

OAKLAND COUNTY COMMUNITY COLLEGE,

       Defendant.

---

PITT, McGEHEE, PALMER & RIVERS, P.C.
By:    MICHAEL L. PITT (P-24429)
         ANDREA J. JOHNSON (P-74596)
         KEVIN M. CARLSON (P-67704)
117 West Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
Fax: (248) 398-9804
mpitt@pittlawpc.com
ajohnson@pittlawpc.com
Attorneys for Plaintiff

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.**C
By:    **ELIZABETH RAE-O'DONNELL** (P-41529)
33900 Schoolcraft Road
Livonia, MI 48150
(734) 261-2400
Fax: (734) 261-4510
erae@cmda-law.com
Attorneys for **Defendant**

---

## NOTICE OF INDEPENDENT MEDICAL EXAMINATION

**TO:**  **Michael L. Pitt, Esq.**
       **Andrea J. Johnson, Esq.**
       **Kevin M. Carlson, Esq.**

PLEASE TAKE NOTICE that an Independent Medical Examination of Plaintiff, **WANDA PERNELL-HARRIS**, has been scheduled with **JEFFREY

**KEZLARIAN, M.D.** on **Thursday, November 19, 2015 at 11:00 a.m.** at the offices of **Medicolegal Services, 29792 Telegraph Road, Suite 100, Southfield, MI 48034 (248) 352-6747** pursuant to Federal Court Rules.

Please also be advised that Defendant's counsel will supply Plaintiff's counsel with a copy of the report once it is received.

        Respectfully submitted,

        /s/ *Elizabeth Rae-O'Donnell*
        Cummings, McClorey, Davis & Acho, P.L.C.
        33900 Schoolcraft Road
        Livonia, MI 48150
        (724) 261-2400
        Attorneys for Defendant
        Email: erae@cmda-law.com
        P-41529

Dated: September 24, 2015

l:\jc\ero\occ(pernell-harris).ime notice.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record via the Court's e-filing system; and copy sent to attorneys of record via first class mail on September 23, 2015.

        /s/ *Elizabeth Rae-O'Donnell*
        Cummings, McClorey, Davis & Acho, P.L.C.
        33900 Schoolcraft
        Livonia, MI 48150
        Phone: (734) 261-2400
        Primary E-mail: erae@cmda-law.com
        P-41529